UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARMENTA,<br><br>              Plaintiff,<br><br>     v.<br><br>PHILLIPS, et al.,<br><br>              Defendants. | Case No. 1:19-cv-00907-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; AND DISMISSING ACTION<br><br>(DOC. NOS. 17 & 19) |

Richard Armenta ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[p]laintiff's claims that prison staff at California Men's Colony failed to protect him be dismissed with prejudice for failure to state a claim," that "[p]laintiff's claims that prison staff at Corcoran State Prison failed to protect him be dismissed without prejudice to Plaintiff asserting these claims in a different case," and that "[t]he Clerk of Court be directed to close the case." (Doc. No. 19 at 13–14.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on April 8, 2020, are ADOPTED IN FULL;
2. Plaintiff's claims that prison staff at California Men's Colony failed to protect him are dismissed with prejudice for failure to state a claim;
3. Plaintiff's claims that prison staff at Corcoran State Prison failed to protect him are dismissed without prejudice to plaintiff asserting these claims in a different action; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

UNITED STATES DISTRICT JUDGE